IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

v.  4:92cr4013-WS

MARLIN DAVIS,  4:09cv248-WS

        Defendant.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (doc. 1897) docketed July 20, 2009. The magistrate judge recommends that the defendant's "Writ of Error Audita Querela" (doc. 1895) be summarily denied. The defendant has filed objections (doc. 1898) to the report and recommendation.

Upon review of the record in light of the defendant's objections, the court has determined that the magistrate judge's report and recommendation must be adopted.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (doc. 1897) is adopted and incorporated by reference in this order of the court.

2. The defendant's "Writ of Error Audita Querela" (doc. 1895) is summarily DENIED.

3. The clerk shall close Case No. 4:09cv248-WS.

DONE AND ORDERED this ___10th___ day of ___August___, 2009.


                                        s/ William Stafford
                                        WILLIAM STAFFORD
                                        SENIOR UNITED STATES DISTRICT JUDGE